JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. ROBLES,<br><br>    Petitioner,<br><br>    v.<br><br>R. GODWIN, Warden,<br><br>    Respondent. | Case No. EDCV 20-2407 SB (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: November 8, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge